UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, ) <br> UNITED STATES DEPARTMENT OF LABOR, ) <br> ) <br>     Plaintiff ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>     v. ) <br> ) <br> ) <br> LOCAL LODGE 2228, INTERNATIONAL ) <br> ASSOCIATION OF MACHINISTS AND ) <br> AEROSPACE WORKERS, AFL-CIO, ) <br> ) <br>     Defendant. ) | NO. C-01-20402 RMW |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to an Order dated September 13, 2002, filed in the United States District Court for the Northern District of California, San Jose Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et. seq.) and in conformity with the appropriate provisions of the Constitution and Bylaws of defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402 (c) of the Labor-Management Reporting and Disclosure Act of 1959 (U.S.C. § 482 (c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidate has been duly elected to the office designated:

Robert Winkelmann                    President

Attached herewith is a declaration setting forth the protests concerning violations which were alleged to have occurred in the conduct of the election and the findings of my investigation of the protests.

Signed this _26th_ day of _March_ 2003

John H. Heaney
Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
U.S. Department of Labor

AFFIDAVIT OF JOHN H. HEANEY

| | | |
|---|---|---|
| City of Washington | ) | |
| | ) | SS |
| District of Columbia | ) | |

John H. Heaney, being first duly sworn on oath, deposes and says:

I am the Chief of the Division of Enforcement, Office of Labor-Management Standards (OLMS), United States Department of Labor (Department). I caused an investigation to be made into the protests concerning violations of the Labor-Management Reporting and Disclosure Act of 1959 (Act or LMRDA), alleged to have occurred during the election for President of Local 2228 of the International Association of Machinists and Aerospace Workers (IAM), AFL-CIO, completed on December 7, 2002. The election was conducted under the supervision of the Department pursuant to a September 13, 2002, decision by the United States District Court for the Northern District of California. In that decision the Court found that Local 2228 had violated section 401(e) of the LMRDA by allowing an ineligible member to run for President in its regularly scheduled December 2000 election of officers.

Pre-election Protests

Allegation: In an October 14, 2002 protest, Lyman Penning alleged that Michael Anderson was ineligible to run for office because he was indebted to the local for payments made by the local as reimbursement to Anderson for his use of a personal cell phone.

Answer: The investigation revealed that the disbursements for use of the cell phone were clearly authorized by the local.

Allegation: In a November 6, 2002 protest, Wally Savely alleged that Michael Anderson was ineligible to run because he was indebted to the local for failure to return gift certificates in April 2002.

Answer: Anderson was involved in distributing gift certificates to members as giveaways. The investigation failed to uncover any evidence that Anderson became indebted to the union during this activity. For example, the investigation disclosed that Anderson had no obligation to return the gift certificates that he had yet to distribute and that no one ever notified him to the contrary.

Allegation: In a November 10, 2002, protest, Thomas Maxey alleged that Robert Winkelmann was ineligible to run for office because he was indebted to the local in that he failed to provide the local with certain documents he obtained while representing the local at delegate meetings.

Answer: The investigation disclosed that Winkelmann turned the documents over to a union official, and there was no indication that he was required to handle the documents in any other manner.

Post-election protest

Allegation: In a December 16, 2002 protest, Michael Anderson alleged that employer funds were used when John Fox, an IAM District Director, campaigned on behalf of Winkelmann at four separate buildings.

Answer: The investigation confirmed that Fox spoke to three members at Building 150 while those members were working. The investigation, however, failed to uncover any evidence that Fox campaigned at any other building at any other time. The incident described above, which involved only three members, could not have affected the outcome of the election because Winkelmann defeated Anderson by 34 votes, 92-58.

JOHN H. HEANEY, Chief

Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

Signed and sworn to before me on the _26_ day of _March_, 2003

_____
Notary Public

My Commission expires _6/30/05_.