**E-FILED on** ___8/4/03___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL LODGE 2228, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO,<br><br>Defendant. | No. C-01-20402 RMW<br><br>DECREE DECLARING ROBERT WINKELMANN PRESIDENT OF LOCAL LODGE 2228, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO |

On April 15, 2003 plaintiff Elaine L. Chao, Secretary of Labor, filed a Notice of Certification of Election certifying that Robert Winkelmann has been duly elected as President of Local Lodge 2228, International Association of Machines and Aerospace Workers, AFL-CIO. Therefore, pursuant to 29 U.S.C. § 482(c)(2), the court hereby declares that Robert Winkelmann is the President of Local Lodge 2228, International Association of Machines and Aerospace Workers, AFL-CIO.

DATED: ___8/4/03___

___/s/ Ronald M. Whyte___
RONALD M. WHYTE
United States District Judge

DECREE—C-01-20402 RMW
KPO

**Notice of this document has been electronically sent to:**

Jocelyn Burton          Jocelyn.Burton@usdoj.gov

David A. Rosenfeld      courtnotices@vanbourg.com

Steven J. Saltiel       Steven.Saltiel@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**          8/4/03                              /s/ KPO
                                                **Chambers of Judge Whyte**

DECREE—C-01-20402 RMW
KPO                                        2